```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA


ALPHONSO MOORE                  :     CIVIL ACTION

     VS.                        :

JOHN KARESTES, et al.           :     NO. 08-CV-5936


                           ORDER
```

AND NOW, this    28th    day of July, 2009 upon careful and independent consideration of the petition for Writ of Habeas Corpus, and after review of the Report and Recommendation of the United States Magistrate Judge Linda K. Caracappa and the Petitioner's objections thereto, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for Writ of Habeas Corpus is DENIED with PREJUDICE.

3. There is no probable cause to issue a certificate of appealability.

4. The Clerk shall mark this case closed for statistical purposes.

                              BY THE COURT:


                              s/J. Curtis Joyner
                              J. CURTIS JOYNER, J.